# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| KIT FANKHAUSER § | |
| § | |
| V. § | Case No. 4:10cv274 |
| § | (Judge Schneider/Judge Mazzant) |
| FANNIE MAE aka FEDERAL § | |
| NATIONAL MORTGAGE § | |
| ASSOCIATION, ET AL. § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 24, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion for Summary Judgment (Dkt. #48) of Defendants Federal National Mortgage Association and Bank of America, N.A, as successor by merger to BAC Home Loans Servicing, LP, should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion for Summary Judgment (Dkt. #48) is GRANTED. Plaintiff shall take nothing as a result of her claims against Defendants, and this case

is DISMISSED with prejudice.

**It is SO ORDERED.**

**SIGNED this 17th day of November, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE